JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 9, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC, | Case No. LA 18-cv-00025 VAP (AGRx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| JELLY BEAN WHOLESALE, et al, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **forty-five (45) days** to enforce the terms of the settlement.

Dated: July 9, 2018

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm